UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
DIANE O. WILKINS,
    Debtor.                                                       Case No. 08-10285-s7

### REPORT TO THE COURT OF UNCLAIMED FUNDS
### TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $28.17 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

    GE MONEY BANK-CHEVRON                        $28.17
    PO BOX 5010
    Concord, CA 94524-0010

                                                        Filed electronically
                                                        Philip J. Montoya
                                                        Chapter 7 Trustee
                                                        P.O. Box 159
                                                        Albuquerque, NM 87103
                                                        Tel: (505) 244-1152
                                                        Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to ustpregion20.aq.ecf@usdoj.gov this 13th day of September, 2010.

                                                        Filed electronically
                                                        Philip J. Montoya